**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| ANTOINETTE MANORA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NAJE'S DESTINY, LLC, | )  Cause No. 2:25-cv-577 |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the report and recommendation of Magistrate

Judge John Martin to dismiss the Antoinette Manora's claims against Naje's Destiny

without prejudice. [DE 9.]

For some background, on February 17, 2026, the Court directed the Clerk to send

a waiver of service form to the address of Naje's Destiny that was listed with the Illinois

Secretary of State. [DE 5.] The waiver of service was returned as undeliverable. [DE 7.]

On March 27, 2026, the Court ordered Manora to provide the Court with an accurate

address for Naje's Destiny by April 30, 2026 so that service could be effectuated. [DE 8.]

The Court warned Manora that a failure to provide an address could result in the case

being dismissed. *Id.* Manora did not provide an address, nor did she communicate with

the Court in any way prior to April 30, 2026.

On May 5, 2026, Magistrate Judge John Martin provided a report and

recommendation that the case be dismissed without prejudice for failing to comply with

Federal Rule of Civil Procedure 4(m). [DE 9.] On May 18, 2026, Manora filed a motion

for an extension of time, explaining that she was in school at the time, was now about to start a job, and needed thirty to sixty more days to find a private process server and supply the Court with an address. [DE 10.] By June 22, 2026, the Court still had not received an updated address, and filed an order granting Manora until July 22, 2026 to provide an accurate address for service. [DE 11.] July 22 has come and passed, and the Court has not received an updated address from Manora, nor has it received another request for an extension of time.

The Court has given Manora ample time to provide it with an accurate address for Naje's Destiny, even granting a motion for an extension of time filed weeks after the first deadline and after the filing of a report and recommendation by Judge Martin. As Manora has failed to provide an accurate address for Naje's Destiny, the Court hereby **ADOPTS** the report and recommendation of Magistrate Judge Martin. [DE 9.] The case is hereby **DISMISSED WITHOUT PREJUDICE** and the Clerk is **DIRECTED** to close the case.

SO ORDERED.

ENTERED: July 23, 2026.

           _/s/ Philip P. Simon_____
           United States District Judge